**FILED**
CLERK, U.S. DISTRICT COURT

10/21/2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER TUNG CUU LE,<br><br>  Defendant. | CR  2:22-cr-00492-MCS<br><br>I N D I C T M E N T<br><br>[49 U.S.C. § 46504: Interference with a Flight Crew Member and Attendant] |

The Grand Jury charges:

[49 U.S.C. § 46504]

On or about September 21, 2022, while on an aircraft in the special aircraft jurisdiction of the United States, namely, American Airlines Flight 377 from San Jose del Cabo, Mexico, to Los Angeles, California, which landed at Los Angeles International Airport, in Los Angeles County, within the Central District of California, defendant ALEXANDER TUNG CUU LE knowingly assaulted and intimidated a flight crew member and flight attendant of the aircraft, namely, S.B.G., and in doing so, interfered with the performance of the duties of the

//

//

flight crew member and flight attendant and lessened the ability of the flight crew member and flight attendant to perform his duties.

A TRUE BILL

    /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shy for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Deputy Chief, General Crimes Section

KELLYE NG-MCCULLOUGH
Assistant United States Attorney
General Crimes Section