E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorney
Violent and Organized Crime Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8408
Facsimile: (213) 894-3713
E-mail: Kellye.Ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER TUNG CUU LE,<br><br>Defendant. | No. CR 22-492-MCS<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE: 12-10-24, at 8:30 a.m.**<br>**[PROPOSED] PRETRIAL CONFERENCE DATE: 12-02-24, at 11:00 a.m.** |

The Court has read and considered the government's Ex Parte Application to Continue Trial Date to December 10, 2024, and for Findings of Excludable Time Periods Pursuant to the Speedy Trial Act.

The Court hereby finds that the Ex Parte Application, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that the time period of September 17, 2024, to December 10, 2024, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) because it constitutes a delay resulting from any proceeding, including any examinations, regarding the mental competency or physical capacity of the defendant who is mentally incompetent to stand trial, and pursuant to 18 U.S.C. §§ 3161(h)(4), (h)(7)(A), (h)(7)(B)(i), and (B)(iv).

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 17, 2024, to December 10, 2024, at 8:30 a.m. The pretrial conference hearing is continued from September 13, 2024, at 2:00 p.m., to December 2, at 11 a.m.

2. The time period of September 17, 2024, through December 10, 2024, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(1)(A), (h)(4), (h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

//

//

//

//

//

//

//

//

//

//

//

//

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

Presented by:

/s/

KELLYE NG
Assistant United States Attorney