E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorney
Violent and Organized Crime Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8408
Facsimile: (213) 894-3713
E-mail: Kellye.Ng@usdoj.gov

**JS-3**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEXANDER TUNG CUU LE,

Defendant.

No. CR 22-492-MCS-1

ORDER DISMISSING INDICTMENT AS TO DEFENDANT ALEXANDER TUNG CUU LE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)(ECF NO. 63)

Upon the request of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY DISMISSES WITHOUT PREJUDICE the indictment as to defendant Alexander Tung Cuu Le.

While defendant shall be released from custody with respect to his proceedings in the instant case (CR 22-492-MCS, C.D. Cal.), defendant is currently the subject of a Petition of Civil Confinement pursuant to 18 U.S.C. § 4246 in the United States District Court for the District of Massachusetts, CV 24-12485.

//

Therefore, defendant’s release shall be determined by the outcome of that proceeding in the District of Massachusetts, CV 24-12485.

The December 10, 2024 trial date, and December 2, 2024 status conference are hereby vacated.

IT IS SO ORDERED.

November 22, 2024
DATE

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc: PSA

Presented by:

/s/
KELLYE NG
Assistant United States Attorney